744

Commonwealth *v.* McCamley, Appellant.

Submitted June 12, 1967. *Gilbert McCamley,* appellant, in propria persona; *Arthur L. Piccone,* First Assistant District Attorney, and *Thomas E. Mack,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth, Appellant, *v.* Miller.

Argued June 13, 1967. *Oscar S. Bortner,* First Assistant District Attorney, with him *Ward F. Clark,* District Attorney, for Commonwealth, appellant; *Leonard B. Sokolove,* for appellee.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the order of the court below is affirmed.

WRIGHT, J., absent.